IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02873-WYD-BNB

WILMER MIRANDA,

Plaintiff,

v.

ENHANCED RECOVERY COMPANY, LLC, a Delaware limited liability company,

Defendant.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

 Pursuant to the filing of the **Status Report** [docket no.9, filed December 23, 2013],

 IT IS ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **January 10, 2014**, or a status report addressing why dismissal has not been accomplished.

DATED:  December 23, 2013